THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. McLAUGHLIN, Appellant.

(Submitted April 12, 1920; decided April 20, 1920.)

Motion for re-argument denied. (See 227 N. Y. 615.)

———————

VALENTINE E. MACY et al., as Substituted Trustees under the Will of JOSEPH MACY, JR., Deceased, Respondents, v. KATE M. LADD, Appellant and Respondent, and VALENTINE E. MACY et al., Respondents and Appellants.

(Submitted April 12, 1920; decided April 20, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 227 N. Y. 670.)